| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

<u>Central</u>        District of <u>California</u>
                                  (State)

Case number (If known): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Buckingham Heights Business Park (a California Limited Partnership)

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    9 5 – 3 2 1 1 0 1 2

4. **Debtor's address**

   **Principal place of business**

   5731         Slauson Ave.
   Number       Street

   Suite 222

   Culver City        CA        90230
   City               State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   17635        Camino De Yatasto
   Number       Street

   P.O. Box

   Pacific Palisades  CA   90272
   City               State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number       Street

   _____
   City               State    ZIP Code

5. **Debtor's website** (URL)

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **1**



| Debtor | Buckingham Heights Business Park (a California Limited Partnership) | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☒ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

| 8 | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12



Debtor  Buckingham Heights Business Park (a California Limited Partnership)        Case number (*if known*) _____
        Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                           MM / DD / YYYY
        District _____  When _____  Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                           MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street
                          _____
                          City                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**



Debtor  Buckingham Heights Business Park (a California Limited Partnership)    Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/08/2021
             MM / DD / YYYY

X /s/ Matthew Sullivan                          Matthew Sullivan
Signature of authorized representative of debtor    Printed name

Title  President of General Partner

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4
American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Buckingham Heights Business Park (a California Limited Partnership)__   Case number (*if known*) _____
         Name

**18. Signature of attorney**   ✗ __/s/ Jeannie Kim_____   Date __09/08/2021__
                                 Signature of attorney for debtor       MM / DD / YYYY

__Jeannie Kim__
Printed name

__Sheppard Mullin Richter & Hampton, LLP__
Firm name

__4__                                    __Embarcadero Center, Ste 1700__
Number      Street

__San Francisco__                        __CA__      __94111-4109__
City                                     State       ZIP Code

__415-434-9100__                         __jekim@sheppardmullin.com__
Contact phone                            Email address

__270713__                               __CA__
Bar number                               State



S

# BUCKINGHAM HEIGHTS BUSINESS PARK
# (A CALIFORNIA LIMITED PARTNERSHIP)

## Written Consent

The undersigned, The Huskey Company, a California corporation, the general partner (the "**General Partner**") of Buckingham Heights Business Park (a California limited partnership) (the "**Partnership**" or the "**Company**"), hereby adopts for the Partnership in the foregoing capacity the following resolutions by written consent pursuant to the Agreement of Limited Partnership of Buckingham Heights Business Park, as amended (the "**Partnership Agreement**"):

<u>VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF:</u>

**WHEREAS**, the management of the Company and the Company's financial and legal advisors have provided to the General Partner of the Company certain materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business, and the General Partner of the Company has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, in the judgment of the General Partner of the Company, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "**Bankruptcy Petition**") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "**Bankruptcy Code**") for the Company and, in accordance with the requirements in the Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition;

**NOW THEREFORE, BE IT RESOLVED**, that the filing of the Petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that any officer of the Company or any other person designated and so authorized to act (each, an "<u>Authorized Officer</u>" and collectively, the "<u>Authorized Officers</u>") acting alone or together, be, and each is hereby authorized, empowered and directed on behalf of, and in the name of, the Company, (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**RESOLVED FURTHER**, that in connection with the foregoing, each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and/or sole responsibility for handling matters in the Bankruptcy Case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered, on behalf of and in the name of the Company to execute, verify and file with the Bankruptcy Court, or cause to be executed, verified and/or filed with the Bankruptcy Court (or direct others to do so on his behalf) all necessary documents, including, without limitation, the petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the

-2-

Bankruptcy Case and to take any and all other actions deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Company, the law firm of Sheppard Mullin Richter & Hampton LLP as bankruptcy counsel, to render legal services to, and to represent the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered on behalf of, and in the name of, the Company to continue the employment and retention of professionals in the ordinary course and in the Bankruptcy Case to retain and employ other attorneys, accountants, and other professionals, including conflicts counsel, to assist in the Company's Bankruptcy Case on such terms as are deemed necessary, proper, or desirable;

**RESOLVED FURTHER**, that any and all actions taken by any of the Authorized Officers pursuant to the foregoing resolutions are hereby approved; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by officers or directors of the Company in the name of or on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

**WHEREFORE**, the each of undersigned has executed this Written Consent as of the date written next to its name and these resolutions are effective as of the last date written below.

GENERAL PARTNER:

THE HUSKY COMPANY,
a California corporation

By: *[signature]*
Name: Matthew Sullivan
Title: President

Date: September 8, 2021

SMRH:4839-6872-3957.2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael Lauter, Cal. Bar No.246048<br>Shadi Farzan, Cal. Bar No. 301610<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>Phone: (213) 620-1780<br>Email: mlauter@sheppardmullin.com<br><br>☒ *Attorney for:* Buckingham Heights Business Park (a California Limited Partnership) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Buckingham Heights Business Park (a California Limited Partnership)<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Matthew Sullivan                                  , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Gail C. Sullivan Marital Trust, Mary Margaret Sullivan Trust, Mark and Kathy Sullivan, Jillian Liota

    [For additional names, attach an addendum to this form.]

  b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: September 8, 2021    By: _____
Signature of Debtor, or attorney for Debtor

Name: Matthew Sullivan
President of General Partner
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 1007-4.CORP.OWNERSHIP.STMT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Buckingham Heights Business Park (a California Limited Partnership) | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following is the list of the equity security holders of the above-captioned debtor in possession as of the date hereof.

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| | | |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Gail C. Sullivan Marital Trust<br>17635 Camino de Yatasto<br>Pacific Palisades, CA 90272 | 22.0595% | Limited Partner |
| The Husky Company<br>17635 Camino de Yatasto<br>Pacific Palisades, CA 90272 | 2.9410% | Limited Partner |
| James Patrick Sullivan<br>8925 Sadawa Lane<br>Redding, CA 96001 | 2.9410% | Limited Partner |
| Jillian Liota<br>c/o KB&T Tax and Consulting, Inc.<br>12400 Wilshire Blvd., Suite 240<br>Los Angeles, CA 90025 | 17.6470% | Limited Partner |
| John T. Sullivan<br>275 Eagle Street, Unit K-5<br>Englewood, NJ 07631 | 2.9410% | Limited Partner |
| Joseph Marmet<br>5165 Etiwanda Avenue<br>Tarzana, CA 91356 | 5.8820% | Limited Partner |
| Mark and Kathy Sullivan<br>364 S. Carmelina Avenue<br>Los Angeles, CA 90049 | 14.706% | Limited Partner |
| Mary Margaret Sullivan Trust<br>c/o KB&T Tax and Consulting, Inc.<br>12400 Wilshire Blvd., Suite 240<br>Los Angeles, CA 90025 | 22.0595% | Limited Partner |
| Matthew T. Sullivan<br>900 Chester Avenue<br>San Marino, CA 91108 | 2.9410% | Limited Partner |
| Michele and Ruben Marmet<br>4568 Greencraig Road<br>Los Angeles, CA 90049 | 5.8820% | Limited Partner |

-3-

Date    September 8, 2021        Signature *[signature]*
Name: Matthew Sullivan
Title:  President of General Partner

**Fill in this information to identify the case:**

Debtor name: Buckingham Heights Business Park (a California Limited Partnership)

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amtech Elevator Services | 3041 Roswell Street, Los Angeles, CA 90065 Attn: Eric Palmquist (310) 701-8943 Eric.Palmquist @amtechelevator.com | Trade Debt | | | | 684.19 |
| 2 | Eco Green Industries | 6700 Fallbrook Avenue, Suite 192B West Hills, CA 91307 Attn: Normalinda Vizcaino (818) 876-0320 accounting@ecogreenind.com | Trade Debt | | | | 1,350.00 |
| 3 | Securitas Security Service | Rickey Teems 1055 Wilshire Boulevard Suite 1600 Los Angeles, CA 90017 (213) 926-9320 rickey.teems @securitasinc.com | Trade Debt | | | | 3,971.91 |
| 4 | Golden State Water Company | P.O. Box 9016 San Dimas, CA 91773 (800) 999-4033 | Trade Debt | | | | 1,832.35 |
| 5 | Landcare USA LLC | 14100 Kingsley Drive Suite 2 Attn: Julissa Gomez Gardena, CA 90249 (310) 431-1794 julissa.gomez @landcare.com | Trade Debt | | | | 884.00 |

| # | Creditor | Address | Nature of Claim | | | | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Cushman & Wakefield | 900 Wilshire Boulevard Suite 2400 Los Angeles, CA 90017 Attn: Karinna Cassidy (310) 779-3248 karinna.cassidy @cushwake.com | Professional Services | | | | 6,424.78 |
| 7 | Bennetts Plumbing | 3030 S. Fairview Street Unit B Santa Ana, CA 92704 Attn: Jennifer Bennett (714) 963-6975 jennifer@ bennettsplumbing.com | Trade Debt | | | | 1,090.00 |
| 8 | Shlemmer Algaze Associates | 1 First American Way Attn: Erin Miller Santa Ana, CA 92707 (310) 743-8974 emiller@saaia.com | Trade Debt | | | | 22,456.55 |
| 9 | Barr Engineering Inc. | 12512 Clark Street Santa Fe Springs, California 90670 Attn: Charlie Hatano (949) 292-2588 Charlie @Barrengineering.com | Trade Debt | | | | 5,790.95 |
| 10 | ASAP Lock & Key | 6501 ½ S. Sepulveda, Los Angeles, CA 90045 Attn: Bob Hays (310) 641-2839 | Trade Debt | | | | 148.17 |
| 11 | Joshua's Sweeping Services | 15543 Delcombre Avenue Paramount, CA 90723 (562) 355-3097 Attn: Obdulia Gutierrez Joshuassweeping @yahoo.com | Trade Debt | | | | 750.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

Fill in this information to identify the case and this filing:

Debtor Name: Buckingham Heights Business Park (a California Limited Partnership)

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/8/2021
MM / DD / YYYY

X /s/ Matthew C. Sullivan
Signature of individual signing on behalf of debtor

Matthew C. Sullivan
Printed name

President of General Partner
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

American LegalNet, Inc.
www.FormsWorkFlow.com