**Fill in this information to identify the case:**

Debtor name     Buckingham Heights Business Park (a California Limited Partnership)

United States Bankruptcy Court for the: Central _____ District of CA _____
(State)

Case number (If known): 2:21-bk-17060-BB _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................... $ 64,100,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................. $ 3,524,614.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................... $ 67,624,614.10

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................... + $ 45,382.70

4. **Total liabilities** ................................................................................................... $ 45,382.70
   Lines 2 + 3a + 3b



American LegalNet, Inc.
www.FormsWorkFlow.com